725 F.2d 678
 Wharton (Robert A.), Smith (Samuel Otto), Finley (Earlie
E.), Cunningham (William F.), Woods (Albert),
Goodwin (Daisy F.), Young (Joseph), Ward
(Lillie B.), McAdams (Robert
L.), Anderson (Gloria )
v.
Abbeville School District No. 60, Allen (John), Wright
(James M.), Loyd (Dr. Charles), Hughes (Claude
T.), Morrow (George L.), Sherard (S.F.
Jr.), Hilley (Walter R.),
Hagan (Edward), Ashley (Jim)
 NO. 83-1604
 United States Court of Appeals,
Fourth circuit.
 DEC 30, 1983
 
 1
 Appeal From: D.S.C.
 
 
 2
 APPEAL DISMISSED.